Filed 12/9/2025 - RKS

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00416-AB |
| v. | SUPERSEDING INDICTMENT |
| MAKISHA SANDERS,<br>ODASSIS THOMAS,<br>JOANNA MADDREY,<br>KENNETH STONE, and<br>JERROD HALE | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>18 U.S.C. §§ 1791(a)(1), (a)(2) and (b)(1)<br>21 U.S.C. § 846<br><br>Forfeiture Allegation |
| Defendants. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Possession with the Intent to Distribute Methamphetamine)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about September 24, 2024, within the District of Oregon, defendant **MAKISHA SANDERS** did knowingly possess with the intent to distribute Methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

///

///

## COUNT 2
### (Providing Contraband in Prison)
### (18 U.S.C. §§ 1791(a)(1) and (b)(1))

On or about September 24, 2024, within the District of Oregon, defendant **MAKISHA SANDERS**, did knowingly attempt to provide a prohibited object, to wit: Methamphetamine, a Schedule II controlled substance, to **ODASSIS THOMAS**, an inmate of FCI Sheridan, a federal correctional, detention, and penal facility, contrary to a federal statute, or a rule, or order issued under a statute;

In violation of Title 18, United States Code, Section 1791)(a)(1) and (b)(1).

## COUNT 3
### (Conspiracy to Provide Contraband in Prison)
### (18 U.S.C. §§ 1791(a)(1), (b)(1) and 21 U.S.C. § 846)

From August 31, 2024, and continuing to on or about August 16, 2025, in the District of Oregon, the defendants, **MAKISHA SANDERS**, **ODASSIS THOMAS**, and **JOANN MADDREY** knowingly and intentionally conspired and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to provide a prohibited object, to wit: Methamphetamine, a Schedule II controlled substance, to **ODASSIS THOMAS**, an inmate of FCI Sheridan, a federal correctional, detention, and penal facility, contrary to a federal statute, or a rule, or order issued under a statute;

In violation of Titles 18 U.S.C. §§ 1791(a)(1) and (b)(1) and 21, United States Code, Section 846.

///

///

///

## COUNT 4
### (Providing Contraband in Prison)
### (18 U.S.C. §§ 1791(a)(2) and (b)(1))

On or about July 1, 2025, within the District of Oregon, defendants **KENNETH STONE** and **JERROD HALE**, inmates of Federal Correctional Institution Sheridan, a federal correctional, detention, and penal facility, attempted to obtain a prohibited object, to wit, methamphetamine, a Schedule II controlled substance, contrary to a federal statute, or a rule, or order issued under a statute;

In violation of Title 18, United States Code, Sections (a)(2) and (b)(1).

## FORFEITURE ALLEGATION
### (Controlled Substance Offense)

Upon conviction of the offense in Count 1, defendant **ODASSIS THOMAS** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: ~~October~~ December 9, 2025.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD, OSB #062824
United States Attorney

KATE A. ROCHAT, OSB #184324
Assistant United States Attorney